HELEN SALICHS, Appellant, v WARREN JAMES, Respondent.

Submitted July 30, 2007; decided December 13, 2007

Reported below, Sup Ct, NY County, May 17, 2007 (294 AD2d 160).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ARNEL SAMIENTO et al., Appellants, v WORLD YACHT INC. et al., Respondents.

Submitted December 10, 2007; decided December 13, 2007

Reported below, 38 AD3d 328.

Motion by New York State Restaurant Association for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

ARNEL SAMIENTO et al., Appellants, v WORLD YACHT INC. et al., Respondents.

Submitted December 10, 2007; decided December 13, 2007

Reported below, 38 AD3d 328.

Motion by Urban Justice Center et al. for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, by ELIOT SPITZER, Attorney General of the State of New York, Appellant, v RICHARD A. GRASSO et al., Respondents, et al., Defendants.

Decided December 17, 2007

Reported below, 42 AD3d 126.

On reading and filing the stipulation of withdrawal on behalf of respondent New York Stock Exchange, it is ordered that the appeal by the New York Stock Exchange in the above cause be and the same hereby is withdrawn.